## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

FXFWY01, INC., FXFWY03, INC.,
FXFWY04, INC., SCHULTISE
ENTERPRISES, INC., JP
GANCZAK ENTERPRISES,
FXKOK01, INC., FXKOK02, INC.,
CENTRAL ACQUISITION, INC.,
MRK DELIVERIES, INC., TZ
INTERNATIONAL, INC., TIM
JOLLOFF and LISA JOLLOFF,

      Plaintiffs,

v.                                                      Case No: 2:21-cv-187-SPC-MRM

FEDERAL EXPRESS GROUND
PACKAGE SYSTEM INC.,

      Defendant.

                                /

## ORDER[1]

Before the Court is Defendant's Motion to Compel Arbitration and Stay

Proceedings (Doc. 13).  Plaintiffs filed a stipulation—agreeing all claims are

subject to the parties' arbitration agreements, so this action should be sent to

arbitration  and  stayed  here.    (Doc.  16).    Further,  the  parties  agree

Pennsylvania law controls the interpretation of their agreements.  (Docs. 13 at

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using
hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties
or the services or products they provide, nor does it have any agreements with them.  The
Court is also not responsible for a hyperlink's availability and functionality, and a failed
hyperlink does not affect this Order.

8; 16 at 2).  Given the parties' accord, the Court grants the Motion and stays

the case.  9 U.S.C. §§ 3-4.

Accordingly, it is now **ORDERED:**

Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc.

13) is **GRANTED**.

(1)  The parties are **DIRECTED** to arbitrate this case promptly—in

accordance with their stipulation and arbitration agreements.

(2)  This case is **STAYED** until the parties advise the Court that (1)

arbitration has been completed and (2) the stay should be lifted or

the case should be dismissed.  The parties are **DIRECTED** to notify

the Court of such matters **within seven (7) days** of the arbitration

concluding.

(3)  The parties are **DIRECTED** to file a joint report on the status of

arbitration **on or before July 26, 2021**, and **every ninety (90)

days after** that date until arbitration concludes.

(4)  The Clerk is **DIRECTED** to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on April 27, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2