UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FXFWY01, INC., FXFWY03, INC., FXFWY04, INC., SCHULTISE ENTERPRISES, INC., JP GANCZAK ENTERPRISES, FXKOK01, INC., FXKOK02, INC., CENTRAL ACQUISITION, INC., MRK DELIVERIES, INC., TZ INTERNATIONAL, INC., TIM JOLLOFF and LISA JOLLOFF,

    Plaintiffs,

v.    Case No.:  2:21-cv-187-SPC-MRM

FEDERAL EXPRESS GROUND PACKAGE SYSTEM INC.,

    Defendant.
_____/

**ORDER**[1]

Before the Court are the parties' position statements concerning arbitration. (Docs. 29, 30). Defendant asks the Court to dismiss the case with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b), but Plaintiffs say they are still trying to initiate arbitration. Upon review, the case will remain stayed, understanding that Plaintiffs plan to retain

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Pennsylvania counsel and initiate arbitration within 90 days. The next joint status report will be due in 90 days. But the stay is not indefinite. Defendant's request to dismiss the case is denied without prejudice and may be refiled if Plaintiffs do not initiate arbitration within 90 days. Defendants are reminded that Local Rule 3.01(g)'s certification requirement applies to motions to dismiss.

Accordingly, it is now

**ORDERED:**

This case remains stayed with the next joint status report due by **September 12, 2022**.

**DONE** and **ORDERED** in Fort Myers, Florida on June 15, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record